STATE OF NEW JERSEY v. JAMES A. HERNANDEZ.

June 24, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL J. SARTO.

June 24, 1980.

Petition for certification denied.

GEORGE F. BARNES v. BOARD OF ADJUSTMENT OF THE BOROUGH OF ORADELL.

June 24, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. HARRY NICKS.

June 24, 1980.

Petition for certification denied.